

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In re Dan Dipprey, Curtis Priddy, Ken Hill, and Ken Hill Investment Group, Inc.

\* Original Mandamus Proceeding

No. 11-18-00091-CV

\* December 13, 2018

\* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J., Willson, J., and Wright, S.C.J., sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that Relators' petition for writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.